UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In Re:

**Rachel Brown**

---------------------------------------------------X

FROM:  VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO:  RUBY J. KRAJICK, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

22-CV-05100 CS

IN RE: Rachel Brown
DATE OF FILING NOTICE OF APPEAL: 04/21/2022
BANKRUPTCY DOCUMENT # 34

BANKRUPTCY CASE: **22-B-35097 (CGM)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

    **X**  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule ____)
    **X**  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 17, 2022**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By:    Gwen Kinchen
Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ____ June 17, _____ 2022__
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____ 3 _____

Ruby J. Krajick, Clerk
District Court, SDNY

By: _____
Deputy Clerk